UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| NICHOLAS SEAN OBOYLE FITZSIMONS, | No. C 12-03688 LB |
| Petitioner, | ORDER TO RELEASE PASSPORTS |
| v. | |
| KIM ANN FITZSIMONS, | |
| Respondent. | |

On October 12, 2012, the parties came before the court to memorialize their agreement to resolve the above-captioned matter. To effectuate that agreement, the court Orders the Marin County District Attorney to release the minor child's passport(s) held in connection with this matter to Richard Helzberg, counsel for Petitioner.

**IT IS SO ORDERED.**

Dated: October 12, 2012

_____
LAUREL BEELER
United States Magistrate Judge

C 12-03688 LB (ORDER TO RELEASE PASSPORTS)