SCHAPIRO•THORN, INC.
Brent D. Seymour (SBN 148737)
1242 Market Street, 5th Floor
San Francisco, CA 94102

Attorneys for Respondent,
Kim Ann Fitzsimons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| NICHOLAS SEAN O'BOYLE FITZSIMONS<br><br>Petitioner,<br><br>vs.<br><br>KIM ANN FITZSIMONS,<br><br>Respondent. | Case No.  CV 12 3688 LB<br>JOINT STATUS CONFERENCE STATEMENT AND REQUEST FOR CONTINUANCE: ORDER<br><br>Date: Dec. 20, 2012<br>Time: 9:30 a.m.<br>Court Room C, 15th Floor |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

Respondent's counsel and Petitioner's counsel request that the status conference set for Dec. 20, 2012 at 9:30 a.m. be continued to a date at least 45 days hence.  The purpose of the status conference was to apprise the Court of the parties' progress in having the parties' stipulation and the Court's order registered in the U.K. court in Northern Ireland.

---

Joint Status Conference Statement and Request for Continuance

-1-

Respondent's counsel requested an update from Respondent, but has not received any communication from Respondent. It is unclear whether Respondent still has access to her U.S. email.

Petitioner's counsel received information from Petitioner's U.K. counsel that the order had been submitted but that no action has yet been taken by the U.K. court.

For these reasons, counsel request additional time to allow for the orders to be registered and to gather additional information required by this Court to dismiss the action.

Respectfully submitted,

Dated: Dec. 17, 2012
/s/
Richard Helzberg
Attorney for Petitioner, Nicholas Fitzsimons

Dated: Dec. 17, 2012
/s/
Brent D. Seymour
Attorneys for Respondent, Kim Ann Fitzsimons

DATE: December 18, 2012

Case Management Conference reset to February 14, 2013 at 10:30 a.m. A Joint Case Management Conference Statement due February 7, 2013.

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA