SCHAPIRO•THORN, INC.
Brent D. Seymour (SBN 148737)
1242 Market Street, 5th Floor
San Francisco, CA 94102

Attorneys for Respondent,
Kim Ann Fitzsimons

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C. 11601 ET SEQ.

| | |
|---|---|
| NICHOLAS SEAN O'BOYLE FITZSIMONS<br><br>    Petitioner,<br><br>vs.<br><br>KIM ANN FITZSIMONS,<br><br>    Respondent. | Case No. CV 12 3688 LB<br>JOINT STATUS CONFERENCE STATEMENT<br> ORDER<br>Date: July 25, 2013<br>Time: 11:00 a.m.<br>Court Room C, 15th Floor |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Act
42 U.S.C. 11601 et seq.

Respondent's counsel and Petitioner's counsel request that the status conference set for July 25, 2013 2012 at 11:00 a.m. be continued to a date at least 20 days hence. The purpose of the status conference was to apprise the Court of the parties' progress in having the parties' stipulation and the Court's order registered in the U.K. court in Northern Ireland.

Joint Status Conference Statement

-1-

Counsel are in the process of communicating with their clients to determine whether there is any reason this action should not be dismissed.   If the parties agree that the action should be dismissed, counsel will file a stipulation forthwith requesting dismissal of the action pursuant to the parties' settlement agreement.

Respectfully submitted,

Dated:  July 18, 2013                                    /s/
                                                     Richard Helzberg
                                      Attorney for Petitioner, Nicholas Fitzsimons

Dated: July 18, 2013                                     /s/
                                                     Brent D. Seymour
                                      Attorney for Respondent, Kim Ann Fitzsimons

The Case Management Conference is reset to August 22, 2013 at 11:00 a.m.  A Joint Case Management Conference Statement (with updated information only) due August 15, 2013.
Date:   July 23, 2013

**APPROVED**
*Judge Laurel Beeler*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Joint Status Conference Statement

-2-