RICHARD HELZBERG   State Bar No. 068998
LAW OFFICES OF RICHARD HELZBERG
770 Tamalpais Drive, Suite 306
Corte Madera, CA 94925
Telephone:  (415)924-8870
Facsimile:   (415)924-7358
E-mail:       richard@helzberglaw.com

Attorney for Petitioner
NICHOLAS FITZSIMONS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SITTING AS A TREATY TRIBUNAL UNDER
ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C.11601 ET SEQ.

| | |
|---|---|
| Nicholas Sean O'Boyle Fitzsimons<br><br>    Plaintiff,<br><br>    and<br><br>Kim Ann Fitzsimons<br><br>    Defendant | CASE NO.: CV12 3688<br>ORDER<br><br>JOINT STATUS CONFERENCE STATEMENT AND REQUEST FOR DISMISSAL OF CASE<br><br>Date:    08/22/13<br>Time:   10:30 a.m.<br>Court Room C, 15th Floor |

The Convention on the Civil Aspects
of International Child Abduction,
done at the Hague on 25 Oct. 1980 [The Convention]
---------------
International Child Abduction Remedies Aact
42 U.S.C. 11601 et seq.

This case is now set for a Joint Status Conference on August 22, 2013, at 10:30 a.m.  Petitioner's counsel requests that the case now be dismissed.  This request is made with the explicit agreement of the Petitioner herein. The case regarding the parties' dissolution of their marriage and including custody and visitation of the minor child is active before the court in the Contracting State, United Kingdom, of which the minor child is a habitual resident.  Respondent's

1 attorney has made several attempts to contact Respondent to request her
2 agreement that this matter be dismissed, but without response; he does not
3 oppose this matter being dismissed.
4     For these reasons, counsels request this Court dismiss the action.

6 Respectfully submitted,

8 Date: _____                /s/
                              RICHARD HELZBERG
9                               Attorney for Petitioner Nicholas Fitzsimons

11 Date: _____                /s/
                              BRENT D. SEYMOUR
12                               Attorney for Respondent Kim Ann Fitzsimons

14 The Clerk shall close the file.
15 Date: August 15, 2013

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED — Judge Laurel Beeler]*