1  RICHARD HELZBERG   State Bar No. 068998
   LAW OFFICES OF RICHARD HELZBERG
2  770 Tamalpais Drive, Suite 306
   Corte Madera, CA 94925
3  Telephone:  (415)924-8870
   Facsimile:   (415)924-7358
4  E-mail:      richard@helzberglaw.com

5  Attorney for Petitioner
   NICHOLAS FITZSIMONS
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10            SITTING AS A TREATY TRIBUNAL UNDER
    ARTICLE III SECTION 2 OF THE UNITED STATES CONSTITUTION
11   CONCURRENT JURISDICTION CONFERRED BY 42 U.S.C.11601 ET SEQ.

12

13 | Nicholas Sean O'Boyle Fitzsimons ) CASE NO.: CV12 3688
                                         ORDER
14 |     Plaintiff,                   ) JOINT STATUS CONFERENCE
                                      ) STATEMENT AND REQUEST FOR
15 |     and                          ) DISMISSAL OF CASE

16 | Kim Ann Fitzsimons               ) Date:    08/22/13
                                      ) Time:    10:30 a.m.
17 |     Defendant                    ) Court Room C, 15th Floor

18

19              The Convention on the Civil Aspects
                   of International Child Abduction,
20           done at the Hague on 25 Oct. 1980 [The Convention]
                          ---------------
21            International Child Abduction Remedies Aact
                       42 U.S.C. 11601 et seq.
22

23       This case is now set for a Joint Status Conference on August 22, 2013, at

24  10:30 a.m.  Petitioner's counsel requests that the case now be dismissed.  This

25  request is made with the explicit agreement of the Petitioner herein. The case

26  regarding the parties' dissolution of their marriage and including custody and

27  visitation of the minor child is active before the court in the Contracting State,

28  United Kingdom, of which the minor child is a habitual resident.  Respondent's

---

attorney has made several attempts to contact Respondent to request her agreement that this matter be dismissed, but without response; he does not oppose this matter being dismissed.

    For these reasons, counsels request this Court dismiss the action.

Respectfully submitted,

Date: _____            /s/
RICHARD HELZBERG
Attorney for Petitioner Nicholas Fitzsimons

Date: _____            /s/
BRENT D. SEYMOUR
Attorney for Respondent Kim Ann Fitzsimons

```
The Clerk shall close the file.
Date: August 15, 2013
```

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Joint Status Conference Statement & Request for Continuance      Fitzsimons; #CV123688LB